UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DUGAR, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY SOCIAL SERVICES, GENERAL ASSISTANCE PROGRAMS,<br><br>    Defendant. | Case No.  14-cv-02381-JD<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 7 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Granting Plaintiff's Application to Proceed In Forma Pauperis and To Remand the Action.  Magistrate Judge Beeler's Report and Recommendation was filed and served on July 18, 2014.  *See* Dkt. No. 7.  No objections have been filed, and the time to file objections has expired.  *See* Fed. R. Civ. P. 72(b)(2).  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, the case is remanded to the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: August 7, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DUGAR, III,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SOCIAL SERVICES, GENERAL ASSISTANCE PROGRAMS,<br><br>    Defendant. | Case No. 14-cv-02381-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest Dugar, III
1928 Hill Avenue
Richmond, CA 94801

Dated: 8/8/2014

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2