United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DUGAR, III,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SOCIAL SERVICES, GENERAL ASSISTANCE PROGRAMS,<br><br>Defendant. | Case No. 14-cv-02381-JD<br><br>**ORDER WITHDRAWING ORDER ADOPTING MAGISTRATE JUDGE'S REPORT, GRANTING PLANTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

On August 8, 2014, the Court issued an order adopting Magistrate Judge Beeler's Report and Recommendation Granting Plaintiff's Application to Proceed In Forma Pauperis and to Remand the Action. Dkt. No. 10. The Court withdraws that Order, because the Report and Recommendation incorrectly ordered this case to be remanded to Contra Costa County Superior Court, even though the complaint was filed in this Court on federal question jurisdiction grounds.

The Court rules as follows. The Court grants Plaintiff Edgar Dugar III's application to proceed in forma pauperis. Even construing the complaint liberally,[1] the Court finds that the complaint does not allege diversity jurisdiction or federal question jurisdiction. Accordingly, the

---

[1] The Court construes pro se pleadings liberally and affords pro se plaintiffs "the benefit of any doubt." *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010).

complaint is dismissed.  *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) (affirming dismissal of complaint for failure to state a basis for federal subject matter jurisdiction).  Mr. Dugar may amend his complaint to adequately allege federal subject matter jurisdiction by September 17, 2014.  Mr. Dugar's failure to file an amended complaint within that time period will lead to dismissal of this case with prejudice for failure to prosecute.

Mr. Dugar should be aware that there is free legal assistance available to litigants without lawyers in federal court.  Assistance at the Legal Help Center is available to anyone who is representing him- or herself in a civil lawsuit in the San Francisco or Oakland divisions of the United States District Court for the Northern District of California.  The Legal Help Center is located in the federal courthouse in San Francisco: 450 Golden Gate Avenue, 15th Floor, Room 2796.  Assistance is provided by appointment only, and appointments are held in person at the Legal Help Center.  A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-8982.  Mr. Dugar is encouraged to seek assistance from the Legal Help Center in amending the complaint.

**IT IS SO ORDERED.**

Dated: August 11, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DUGAR, III,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SOCIAL SERVICES, GENERAL ASSISTANCE PROGRAMS,<br><br>    Defendant. | Case No.  14-cv-02381-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/12/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest Dugar, III
1928 Hill Avenue
Richmond, CA 94801

Dated: 8/12/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3