UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DUGAR, III,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY SOCIAL SERVICES, GENERAL ASSISTANCE PROGRAMS,<br><br>  Defendant. | Case No. 14-cv-02381-JD<br><br>**ORDER TO SHOW CAUSE** |

The Court dismissed pro se plaintiff Ernest Dugar's complaint with leave to amend on August 11, 2014. Dkt. No. 11. The Court gave Mr. Dugar until September 17, 2014, to amend his complaint to adequately allege federal subject matter jurisdiction. *Id.* Mr. Dugar has not amended his complaint.

Mr. Dugar is ordered to show cause why this case should not be dismissed with prejudice for failure to prosecute. The response to this order is due by January 28, 2015. If plaintiff no longer intends to prosecute this case, he should file a notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a). Failure to amend the complaint may result in the action being dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 19, 2014

_____
JAMES DONATO
United States District Judge